UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 3:15-mj-0038CMK

MICHAEL R. VANDOLAH          ORDER TO PAY

SOCIAL SECURITY: ▓▓▓▓
DATE OF BIRTH: ▓▓▓▓
DRIVER'S LICENSE: ▓▓▓▓
ADDRESS: ▓▓▓▓

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 1-20-16          _____
                        DEFENDANT'S SIGNATURE

---

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(X) Fine: $ 965.00  and a penalty assessment of $ 35.00  for a TOTAL AMOUNT OF: $ 1,000.00  within _____ days/months; or payments of $ 100.00  per month, commencing 2-1-16  and due on the first  of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~USDC~~
~~CENTRAL VIOLATIONS BUREAU (SA)~~
~~POST OFFICE BOX 740026~~
~~ATLANTA, GA 30374-0026~~

~~CLERK, USDC~~
~~1130 O STREET, RM 5000~~
~~FRESNO, CA 93721~~

(CLERK, USDC
501 "I" STREET
SACRAMENTO, CA  95814-2322)

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 1-20-16          _____
                        U.S. MAGISTRATE JUDGE

Clerk's Office



EDCA-3